**LGR LAW, LLC**
**FEDERAL CRIMINAL DEFENSE**

6 POMPTON AVENUE CEDAR
GROVE, NJ 07009 (973)239-4300
LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX. (973) 239-4310

MEMO ENDORSED
10/6/21

"Davis" resentencing
Adj to Oct. 28, 2021
at 2 PM.

/s/ Collen McMahon

*Via ECF*

September 15, 2021

Hon. Collen McMahon
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY
FILED
#: _____
FILED: _____

Re: *U.S. v. Boykin, et al. (Justin Simmons)*
10 Cr. 391 (CM), 18 Civ. 843 (CM)

Dear Judge McMahon:

Sentencing is scheduled in the above matter for September 22, 2021. Mr. Simmons recently arrived at MDC and I have not had ample opportunity to meet with him in preparation for sentencing. Therefore, I am respectfully requesting an adjournment of the sentencing date in order to have additional time to meet with Mr. Simmons and to review our and the government's submissions. Michael Maiman, AUSA on behalf of the Government has no objection to this request and is available on the date provided. For the Court's convenience, the parties are available on October 28, 2021. If this date is acceptable to the Court, we would respectfully request that the parties' sentencing submissions be submitted on October 14, 2021. Your Honor's time and consideration of this request is greatly appreciated.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/21

Respectfully submitted:

s/ Lorraine Gauli-Rufo
Lorraine Gauli-Rufo
*Attorney for Justin Simmons*

cc: Michael Maiman, AUSA