

# LGR LAW, LLC
### FEDERAL CRIMINAL DEFENSE

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

May 3, 2022

*Via ECF*
Hon. Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

MEMO ENDORSED

Re: *United States v. Simmons* 10-Cr-391 (CM)

Dear Judge McMahon:

Your Honor recently appointed me under the Criminal Justice Act ("CJA") to represent Mr. Simmons in the resentencing of his federal criminal matter set forth above. Mr. Simmons is now seeking representation to bring a compassionate release motion. Therefore, we respectfully request that Your Honor reappoint under the CJA for this purpose. Thank you.

5/4/22 So Ordered:
*/s/ Colleen McMahon*

Respectfully Submitted,

s/
Lorraine Gauli-Rufo, Esq.
*CJA Attorney for Justin Simmons*

cc: All Counsel of Record

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/22